No. 26-1045

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

**CARMEN ARACELY PABLO SEQUEN; LIGIA GARCIA; MARTIN HERNANDEZ TORRES; YULISA ALVARADO AMBROCIO,**
Petitioners-Appellees,
v.
**MARKWAYNE MULLIN, Department of Homeland Security; Acting Director TODD M. LYONS, U.S. Immigration and Customs; TODD BLANCHE, Acting Attorney General; MARCOS CHARLES; SERGIO ALBARRAN; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MONICA BURKE; SIRCE OWEN; ATTORNEY GENERAL OF THE UNITED STATES; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; UNITED STATES OF AMERICA; THOMAS GILES,**
Respondents–Appellants.

**On Appeal from the United States District Court
for the Northern District of California
District Court Case No. 25-cv-06487-PCP**

### RESPONDENTS-APPELLANTS' UNOPPOSED MOTION
### FOR 60-DAY EXTENSION OF DEADLINES

**BRETT A. SHUMATE**
**Assistant Attorney General**
**Civil Division**

**JESSICA W. D'ARRIGO**
**Senior Litigation Counsel**
**Office of Immigration Litigation**

**ALANNA T. DUONG**
**Senior Litigation Counsel**
**Office of Immigration Litigation**
**Civil Division, U.S. Dept. of Justice**
**P.O. Box 878, Ben Franklin Station**
**Washington, DC 20044**
**Tel:  (202) 305-7040**

Pursuant to Federal Rule of Appellate Procedure 27 and Ninth Circuit Rule 27-1, Respondents-Appellants (collectively, "the government") respectfully submit this unopposed motion for a 60-day extension of the government's opening brief deadline, through and including Tuesday, July 21, 2026. This is the government's second request for an extension of time, and it is supported by good cause. Undersigned counsel has conferred with counsel for Petitioners-Appellees, who does not oppose the requested extension. Petitioners-Appellees are not detained.

On December 24, 2025, the district court entered an order staying the government's guidance pertaining to civil enforcement actions in or near courthouses under the Administrative Procedure Act. On February 23, 2026, the government filed a protective notice of appeal in accordance with Justice Manual § 2-2.132 ("If the time for appeal or cross-appeal is about to expire . . . and the United States Attorney has not received notice from the appropriate division of the Department as to whether an appeal is to be taken, a 'protective' notice of appeal should be filed in order to preserve the Government's right to appeal."). *See* ECF 1. On February 23, 2026, the Court set a schedule requiring the government's opening brief to be filed by March 23, 2026. *See* ECF 2. On March 19, 2026, the government moved for a 60-day extension of time to file the opening brief because the process to determine whether an appeal is appropriate was ongoing. *See* ECF 4. This Court

granted the government's motion and ordered that the government's opening brief be filed on or before May 22, 2026. *See* ECF 5.

This is the government's second request for an extension of time, and it is supported by good cause. The Solicitor General must decide "whether, and to what extent, appeals will be taken by the government to all appellate courts." 28 C.F.R. § 0.20(b). Here, the process to determine whether an appeal is appropriate remains ongoing. Accordingly, additional time is required to complete the appeal determination process and to draft the opening brief, should this appeal proceed. Undersigned counsel has been advised that the government will need a minimum of 60 additional days in which to make a decision regarding whether to appeal and to complete any brief. For the foregoing reasons, the government respectfully requests that the Court grant this unopposed motion for a 60-day extension of time to file the government's opening brief, through and including Tuesday, July 21, 2026.

Respectfully submitted,

/s/ *Alanna T. Duong*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALANNA T. DUONG
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice

JESSICA W. D'ARRIGO
Senior Litigation Counsel
Office of Immigration Litigation

P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-7040
alanna.duong@usdoj.gov

May 15, 2026

Attorneys for Respondents-Appellants

2

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that the foregoing: (1) was prepared using 14-point Times New Roman type; (2) is proportionally spaced; and (3) contains 404 words, exclusive of the exempted parts.

*/s/ Alanna T. Duong*
ALANNA T. DUONG
Senior Litigation Counsel
U.S. Department of Justice

May 15, 2026                        Attorney for Respondents-Appellants

## **CERTIFICATE OF SERVICE**

I certify that on May 15, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the ACMS system. I further certify that all participants in this case, including Petitioners-Appellees' counsels, are registered ACMS users and that service will be accomplished through that system.

*/s/ Alanna T. Duong*
ALANNA T. DUONG
Senior Litigation Counsel
U.S. Department of Justice
