No. 26-1045

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

---

CARMEN ARACELY PABLO SEQUEN; LIGIA GARCIA; MARTIN
HERNANDEZ TORRES; YULISA ALVARADO AMBROCIO,
Petitioners-Appellees,
v.
MARKWAYNE MULLIN, Department of Homeland Security; Acting
Director TODD M. LYONS, U.S. Immigration and Customs; TODD
BLANCHE, Acting Attorney General; MARCOS CHARLES; SERGIO
ALBARRAN; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S.
IMMIGRATION AND CUSTOMS ENFORCEMENT; MONICA BURKE;
SIRCE OWEN; ATTORNEY GENERAL OF THE UNITED STATES;
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; UNITED STATES
OF AMERICA; THOMAS GILES,
Respondents–Appellants.

---

**On Appeal from the United States District Court
for the Northern District of California
District Court Case No. 25-cv-06487-PCP**

---

**RESPONDENTS-APPELLANTS'
UNOPPOSED MOTION TO DISMISS THE APPEAL**

---

**BRETT A. SHUMATE**
**Assistant Attorney General**
**Civil Division**

**BENJAMIN MARK MOSS**
**Acting Senior Counsel for**
**District Court Litigation**
**Office of Immigration Litigation**

**ALANNA T. DUONG**
**Senior Litigation Counsel**
**Office of Immigration Litigation**
**Civil Division, U.S. Dept. of Justice**
**P.O. Box 878, Ben Franklin Station**
**Washington, DC 20044**
**Tel: (202) 305-7040**

Pursuant to Federal Rule of Civil Appellate Procedure 42(b)(2), Respondents-Appellants ("the government") respectfully move for dismissal of the appeal. The government also requests that the Court order the parties to bear their own costs and fees. Petitioners-Appellees, through counsel, do not oppose dismissal. Accordingly, the Court should grant the government's motion to dismiss.

Respectfully submitted,

/s/ *Alanna T. Duong*

| | |
|---|---|
| BRETT A. SHUMATE | ALANNA T. DUONG |
| Assistant Attorney General | Senior Litigation Counsel |
| Civil Division | Office of Immigration Litigation |
| | Civil Division, U.S. Dept. of Justice |
| BENJAMIN MARK MOSS | P.O. Box 878, Ben Franklin Station |
| Acting Senior Counsel for | Washington, DC 20044 |
| District Court Litigation | Tel: (202) 305-7040 |
| Office of Immigration Litigation | alanna.duong@usdoj.gov |
| | |
| July 21, 2026 | Attorneys for Respondents-Appellants |

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that the foregoing: (1) was prepared using 14-point Times New Roman type; (2) is proportionally spaced; and (3) contains 53 words, exclusive of the exempted parts.

/s/ Alanna T. Duong
ALANNA T. DUONG
Senior Litigation Counsel
U.S. Department of Justice

July 21, 2026

Attorney for Respondents-Appellants

## CERTIFICATE OF SERVICE

I certify that on July 21, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the ACMS system. I further certify that all participants in this case, including Petitioners-Appellees' counsels, are registered ACMS users and that service will be accomplished through that system.

/s/ Alanna T. Duong
ALANNA T. DUONG
Senior Litigation Counsel
U.S. Department of Justice